United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD ARNOLD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:21-CV-2219** |
| | § | |
| **KILOLO KIJAKAZI,** *Commissioner of Social Security Administration*, | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## MEMORANDUM AND RECOMMENDATION

The Court duly considered Plaintiff's Motion for Attorney's Fees (Dkt. No. 30) pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412 and finding the Motion meritorious, and unopposed (Dkt. No. 31), the Court hereby **RECOMMENDS** the sum of seven thousand seven hundred eighty-eight dollars and sixty-one cents be awarded. The Court **RECOMMENDS** this sum be paid to Plaintiff, care of Michael Kelly as counsel of record and mailed to Counsel's office at Morgan & Weisbrod, L.L.P., P.O. Box 821329, Dallas, Texas 75382-1329.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers of the Undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** in Houston, Texas on December 9, 2022.

                                                                                   Sam S. Sheldon
                                                                                   United States Magistrate Judge