IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD ARNOLD | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 21-2219 |
| | § | |
| ANDREW SAUL, Commissioner | § | |
| of Social Security | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Attorney's Fees (Doc. No. 30) and Judge Sheldon's Memorandum and Recommendation (Doc. No. 31) that the motion should be granted. Defendant neither responded to the motion for attorney's fees nor did he object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the motion and memorandum are deemed unopposed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the sum of 7,788.61 should be awarded to Plaintiff. Accordingly, it is hereby

ORDERED That the Memorandum and Recommendation (Doc. No. 31) is ADOPTED. And Plaintiff's Motion for Attorney's Fees (Doc. No. 30) is GRANTED. Defendant shall pay the Plaintiff the sum of $7,788.61, care of Michael Kelly as counsel of record, and mailed to counsel's office at Morgan & Weisbrod, L.L.P., P.O. Box 821329, Dallas, Texas 75381-1329.

SIGNED at Houston, Texas, this ___6th___ day of January 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE